UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) ) |
| v. | ) ) No. 19-CR-10081-IT ) |
| GORDON ERNST, *et al.* | ) ) ) ) |
| Defendants | ) ) ) |

## STATUS REPORT

Pursuant to the Court's Order of April 19, 2019 (ECF # 157), the Government reports that counsel for the defendants have conferred with the Government and have agreed to the Proposed Protective Order attached as <u>Exhibit A</u>. The parties ask that the proposed order be entered into by this Court. The Government's discovery will be provided to the parties via Federal Express immediately subject to the entrance of the Protective Order.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: *Eric S. Rosen*
ERIC S. ROSEN
Assistant U.S. Attorney

Date: April 25, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify that the parties have met and conferred about this protective order, and that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Dated:  April 25, 2019　　　　　　　　　　　　　　By:  */s/ Eric S. Rosen*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ERIC S. ROSEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney