UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 19-cr-10081-IT |
| | ) | |
| v. | ) | |
| | ) | |
| 11.  JORGE SALCEDO | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE OF
ATTORNEY SUSAN G. WINKLER

Pursuant to LR 83.5.2(c)(1), the undersigned attorney, Susan G. Winkler, provides notice that she withdraws her appearance for Jorge Salcedo because she is retiring from Pierce Bainbridge on September 20, 2019.  Thomas Frongillo of Pierce Bainbridge, who previously filed a notice of appearance, will continue to represent Mr. Salcedo in this matter.

_____*Susan G. Winkler*_____
Susan G. Winkler
BBO #530682
Pierce Bainbridge Beck Price & Hecht LLP
One Liberty Place, 13th Floor
Boston, MA 02109
(617) 642-6671 (c); (617) 902-0075 (o)

Certificate of Service

I certify that I this day served a copy of the foregoing notice on defendant Jorge Salcedo by email, and on counsel of record in this matter by ECF.

September 16, 2019

___*Susan G. Winkler*_____
Susan G. Winkler