≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.**   II     **Investigating Agency**   FBI

**City**   Boston

**Related Case Information:**

**County**   Middlesex

Superseding Ind./ Inf.   X    Case No.   19-10081-IT
Same Defendant   X    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Gordon Ernst    Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address    (City & State)   Chevy Chase, MD

Birth date (Yr only): 1967   SSN (last4#): 6524   Sex M    Race: White    Nationality: USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen    Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes   ☑ No    List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

   ☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   8

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ___19-10081-IT_____

**Name of Defendant**   Gordon Ernst _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 2 |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 4 |
| Set 4 | 18 U.S.C. § 666(a)(1)(B) | Federal Programs Bribery | 6 |
| Set 5 | 18 U.S.C. §§ 1343 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 7, 10 |
| Set 6 | 18 U.S.C. §§ 1341 & 1346, 2 | Mail Fraud & Honest Services Mail Fraud; Aiding & A | 19 |
| Set 7 | 18 U.S.C. §§ 1957 and 2 | Money Laundering; Aiding & Abetting | 22 |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 10 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 11 | 18 U.S.C. § 1963(a) | Racketeering Forfeiture | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Category No. __II__   **Investigating Agency**  FBI

**City** __Boston__   **Related Case Information:**

**County** __Middlesex__   Superseding Ind./ Inf. __X__   Case No. __19-10081-IT__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Donna Heinel__   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) __Long Beach, CA__

Birth date (Yr only): __1961__  SSN (last4#): __8395__  Sex __W__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__   Bar Number if applicable __NY4412326__

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __10__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/22/2019__   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ____19-10081-IT____

**Name of Defendant**  ____Donna Heinel____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 2 |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 3 |
| Set 4 | 18 U.S.C. §§ 1343 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 11-16 |
| Set 5 | 18 U.S.C. §§ 1341 & 1346, 2 | Mail Fraud & Honest Services Mail Fraud; Aiding & Abetting | 21 |
| Set 6 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 1963(a) | Racketeering Forfeiture | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.** ___II___          **Investigating Agency** ___FBI___

**City** ___Boston___          **Related Case Information:**

**County** ___Middlesex___

Superseding Ind./ Inf. ___X___          Case No. ___19-10081-IT___
Same Defendant ___X___          New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number ___See additional information___
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___Jorge Salcedo___          Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address ___(City & State) Los Angeles, CA___

Birth date (Yr only): ___1972___  SSN (last4#): ___9636___  Sex ___M___     Race: ___White___     Nationality: ___USA___

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____     _____

**U.S. Attorney Information:**

**AUSA** ___Eric S. Rosen___          Bar Number if applicable ___NY4412326___

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony ___5___

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: ___10/22/2019___          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10081-IT _____

**Name of Defendant** _____ Jorge Salcedo _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 2 |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 5 |
| Set 4 | 18 U.S.C. §§ 1343 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 17 |
| Set 5 | 18 U.S.C. §§ 1341 &1346, 2 | Mail Fraud & Honest Services Mail Fraud; Aiding & Abetting | 20 |
| Set 6 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 1963(a) | Racketeering Forfeiture | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** ___II___     **Investigating Agency** ___FBI___

**City**   Boston

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ___X___    Case No. ___19-10081-IT___
Same Defendant ___X___     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number ___See additional information___
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Mikaela Sanford     Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name _____

Address    (City & State)   Folsom, CA

Birth date (Yr only): _1986_   SSN (last4#): _5201_   Sex _W_    Race: _White_     Nationality: _USA_

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____      _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen     Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

    ☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony _3_

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019     Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  19-10081-IT

**Name of Defendant**    Mikaela Sanford

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1343 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & A | 9 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 1963(a) | Racketeering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**        **Category No.** __II__      **Investigating Agency** __FBI__

**City** __Boston__        **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. __X__      Case No. __19-10081-IT__
Same Defendant __X__      New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jovan Vavic__      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__ __Rancho Palos Verdes, CA__

Birth date (Yr only): __1961__ SSN (last4#): __4266__ Sex __M__ Race: __White__ Nationality: __USA__

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__      Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes ☑ No      List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/22/2019__      Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___19-10081-IT___

**Name of Defendant** ___Jovan Vavic___

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1343 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 18 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 1963(a) | Racketeering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

℀JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.** II          **Investigating Agency** FBI

**City** Boston                    **Related Case Information:**

**County** Middlesex              Superseding Ind./ Inf.   X           Case No.   19-10081-IT
                                  Same Defendant   X             New Defendant _____
                                  Magistrate Judge Case Number  _____
                                  Search Warrant Case Number   See additional information
                                  R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Niki Williams                          Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name       _____

Address          (City & State) Houston, TX

Birth date (Yr only): 1974   SSN (last4#): 7938   Sex W   Race: Black   Nationality: USA

**Defense Counsel if known:**          _____   Address _____

**Bar Number**          _____          _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen                    Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:   _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**          _____

☐ Already in Federal Custody as of          _____ in   _____ .
☐ Already in State Custody at ───────────── ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          _____ on   _____

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty ───────          ☐ Misdemeanor ───────          ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019                    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___ 19-10081-IT _____

**Name of Defendant** ___ Niki Williams _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1962(d) | Racketeering Conspiracy | 1 |
| Set 2  18 U.S.C. § 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 2 |
| Set 3  18 U.S.C. §§ 1343 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 8 |
| Set 4  18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5  28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6  18 U.S.C. § 1963(a) | Racketeering Forfeiture | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK
18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK
19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK
18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013