AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | APPEARANCE |
|---|---|
| V. | |
| 11.  JORGE SALCEDO | Case Number: 19-cr-10081-IT |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
11.  JORGE SALCEDO

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Retained
- ☑ Pro Bono

| 1/9/2020 | *Susan Winkler* (signature) |
|---|---|
| Date | Signature |
| | Susan G. Winkler — 530682 |
| | Print Name — Bar Number |
| | 120 Holmes Street, Suite 313 |
| | Address |
| | Quincy     MA     02171 |
| | City     State     Zip Code |
| | (617) 642-6671 |
| | Phone Number     Fax Number |