UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Criminal No. 1:19-cr-10081-IT-11 |
| JORGE SALCEDO, | * | |
| | * | |
| Defendant. | * | |

ORDER

June 22, 2020

TALWANI, D.J.

On June 16, 2020, the court held a hearing at the request of the Probation Office regarding allegations that Mr. Salcedo violated terms of his release. See Request from Pretrial [#458]; Electronic Notice of Hearing [#461]. At the conclusion of the hearing, the government requested that Mr. Salcedo's unsecured $50,000 appearance bond be substituted with a secured $25,000 appearance bond and an unsecured $25,000 appearance bond. Mr. Salcedo assented to this request. The Order Setting Conditions of Release [#106] is modified accordingly.

IT IS SO ORDERED.

/s/ _[signature]_
United States District Judge