UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 19-10081-11- IT |
| V. | ) | |
| | ) | |
| JORGE SALCEDO | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING UNTIL
JANUARY 2021 AND REQUEST FOR IN-PERSON APPEARANCE AT SENTENCING

Jorge Salcedo, through counsel, respectfully requests that this Court reschedule his current sentencing date of November 24, 2020 (the Tuesday before Thanksgiving) to a date convenient for the Court in January 2021 to allow him to further prepare for sentencing and to permit him to spend the holidays at home with his four minor children.  By this motion, Jorge Salcedo also wishes to notify the Court that he seeks to exercise his right to appear in-person at his sentencing before the Court, as discussed as a possibility at his plea hearing.

October 16, 2020

JORGE SALCEDO
By his attorneys,

/s/ Susan G. Winkler
Susan G. Winkler
BBO# 530682
WINKLER LAW LLC
120 Holmes St., Suite 313
Quincy, MA 02171
(617) 642-6671
Winkler.susan@gmail.com

/s/ Thomas C. Frongillo
Thomas C. Frongillo, Esq.
BBO# 180690
224 Hinckley Road
Milton, MA 0186
(617) 459-1282
Tom.frongillo@verizon.net

Certificate of Service and Rule 7.1 Certification

I hereby certify that I this day served counsel of record through ECF notification.  I also certify I this day conferred with AUSA Kristen Kearney who assented-to this motion.

/s/ Susan G. Winkler
Susan G. Winkler