UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10081-IT |
| | ) | |
| JORGE SALCEDO | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT MOTION TO CONTINUE HEARING**

The United States of America and counsel for defendant Jorge Salcedo respectfully move for a brief continuance of the status conference scheduled for January 6, 2020.  As grounds for this motion, the parties state that they are working to address the issues the Court has raised and need additional time to do so.  Accordingly, the parties respectfully move to continue the hearing by one week.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:    /s/ Kristen A. Kearney
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
Assistant United States Attorneys


JORGE SALCEDO

By:    /s/ Susan G. Winkler
Susan G. Winkler
Winkler Law LLC
Quincy, Massachusetts
(617) 642-6671
Winkler.susan@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Kristen A. Kearney*
Kristen A. Kearney
Assistant United States Attorney
