UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JORGE SALCEDO    )<br>)<br>Defendant    ) | Criminal No. 19-10081-IT-11 |

**JOINT MOTION TO CONVERT PREVIOUSLY SCHEDULED**
**STATUS CONFERENCE TO A FURTHER RULE 11 HEARING**

    The United States of America, by and through its undersigned counsel, together with Defendant Jorge Salcedo, by and through Susan Winkler, Esq., counsel for Defendant Salcedo, file this joint motion to convert the status conference previously scheduled for January 14, 2021 to a further Rule 11 hearing.  In support of this motion, the parties state that they have entered an amended plea agreement which has been filed on the docket (Dkt. 615).

                                        Respectfully submitted,

                                        ANDREW E. LELLING
                                        United States Attorney

By:    */s/ Kristen A. Kearney*
          KRISTEN A. KEARNEY
          Assistant U.S. Attorney


By:    */s/ Susan G. Winkler*
          Susan G. Winkler
          BBO 530682
          Winkler Law LLC
          120 Holmes St., Ste. 313
          Quincy, MA 02171
          (617) 642-6671
          winkler.susan@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the parties have met and conferred about this motion for a Rule 11 hearing, and that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Dated:  January 12, 2021            By:   */s/ Kristen A. Kearney*
                                                                               KRISTEN A. KEARNEY
                                                                               Assistant United States Attorney