UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
            v.                          )        Criminal No. 19-10081-IT
                                        )
JORGE SALCEDO,                          )
                                        )
            Defendant                   )
_____          )

## ASSENTED-TO MOTION TO SEAL
## PORTIONS OF THE GOVERNMENT'S SENTENCING MEMORANDUM

The government hereby respectfully moves the Court, pursuant to Local Rule 7.2, to seal portions of its sentencing memorandum to be submitted in connection with the sentencing of defendant Jorge Salcedo. Defense counsel assents to this motion.

As grounds for this motion, the government states that its memorandum concerns issues related to cooperation, certain details of which have not been disclosed publicly. In the event the Court allows this motion, the government will file a redacted copy of its memorandum on the public docket.

The government further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the government has filed in this matter.

Respectfully submitted,

NATHANIEL R. MENDELL
ACTING U.S. ATTORNEY

Dated: March 11, 2021          By:    */s/ Kristen A. Kearney*
                                      JUSTIN D. O'CONNELL
                                      LESLIE A. WRIGHT
                                      KRISTEN A. KEARNEY
                                      Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated:  March 11, 2021                    */s/ Kristen A. Kearney*
                                          KRISTEN A. KEARNEY
                                          Assistant United States Attorney