1 Central Ave. NW Apt. 606

Albuquerque, NM 87102

August 5 2020

To whom it may concern,

I write to you on behalf of my former college soccer coach, Jorge Salcedo. I am a first-generation immigrant and thanks to Coach Salcedo, I was given the opportunity to attend and play soccer at UCLA. I come from a low-income household where both my parents worked in agriculture. Under his mentorship and leadership, I developed into the person I am today. Thanks to his foundational instruction and guidance at UCLA I was able to play soccer professionally. I am in my 11th year as a pro and it would not be possible if he had not given me a chance at UCLA.

Coach Salcedo also played an important role in helping my younger brother and another close friend of mine attend UCLA. Miguel Serrano is now a sheriff in our hometown of Salinas, California and my brother Max Estrada is pursuing his Masters degree at Cal Poly San Luis Obispo. The opportunity he gave all three of us speaks of his character and willingness to give kids from an underserved community which normally do not have access to these institutions. I am available to talk and can be reached at my cell phone number or email below.

Kind regards,

David Estrada

831-682-1976

david.estrada@snhu.edu