October 15, 2020

**U.S. District Court Judge Indira Talwani**
Re: Jorge Salcedo

Dear Judge Talwani:

I am writing to you in support of Jorge Salcedo. I met Jorge in the fall of 2010, through mutual friends and through our shared involvement with our church (Calvary Church of Pacific Palisades) and with the school our children were attending at the time (Calvary Christian School). I also had the opportunity to spend time with Jorge in various social settings. In the ensuing years, Jorge and I became friends, and our families became quite close. We have socialized together, volunteered together, and traveled together. In short, I have known Jorge for over 10 years and I have had the opportunity to interact with him in a wide variety of contexts.

One of my first impressions of Jorge was as a dedicated father: we were having a conversation at a social gathering while he was looking after his infant son. The more I got to know Jorge, the more I was impressed with his love for his family and his commitment to being present with them. This commitment was even more impressive given the significant demands on his time.

Not only has Jorge had a strong, positive influence on his family, but he has also had a strong, positive influence on his players. For example, I would often get the chance to meet Jorge's players, because they would often join his family for church. He and his wife, Rebecca, incorporated his players into their family life in lots of other ways as well.

I have always been impressed with two aspects of Jorge's character in particular: his humility and his servant leadership. Several years ago, I had the privilege of joining Jorge in a reading and discussion group that met on a regular basis to discuss principles of leadership. Jorge consistently provided valuable insights from a wealth of experience, but he also approached the discussions with humility. He was clearly interested in learning from the experiences and insights of others as well. Jorge serves through his leadership, but he also serves in various practical and mundane ways that demonstrate his selflessness and his concern for others. This has been true of Jorge for as long as I've known him, but in recent months I have noticed even more humility and depth of character.

I have also noticed growth and development in Jorge's faith. We have always been able to have fruitful conversations about faith and related issues, but in recent months it seems as though his faith—and the influence his faith has on his choices and his relationships—has become richer and stronger than before.

For these reasons and more, I commend Jorge to you. Thank you for taking the time to read this letter.

Sincerely,

Garrett Pendergraft, Ph.D.
gpendergraft@gmail.com