Dear Judge Talwani,

My name is Rebecca Salcedo and I have known my husband Jorge for 21 years. We met in 1999 on the soccer field at UCLA. I was in my last quarter as a student there and Jorge was playing professional soccer for the Los Angeles Galaxy. My father went to UCLA, my grandparents went to UCLA, and I wanted to go to UCLA since I was a very young girl. It was only fitting that I would meet my future husband there, he himself a UCLA graduate.

Jorge and I dated for four years and were married in July of 2004, 3 months after he was named head coach for the UCLA men's soccer team. For the 14 years that my husband was the head men's soccer coach, we treated every young man on each team as if they were a part of our family. We hosted Thanksgivings, we cared for post-operative students on our couches, my husband counseled countless young men in the areas of marriage, their careers, their post undergraduate educations, and the loss of many family members. Our four children weren't born at UCLA (just down the street in Santa Monica at St. John's Hospital) but they were quite literally raised there, as I was a homeschooling mom for the past 8 years. We would spend 1-2 afternoons a week on campus. Next to the Lord, our children, and our immediate family, there was nothing more important to us than the student-athletes at UCLA, and the institution in general. Of one thing I am most certain, my husband would *never* intentionally hurt, disgrace, or defraud the University of California at Los Angeles, such a major part of our lives, if he had thought about what it might mean to the school.

My husband is one of the most generous and thoughtful people you will ever meet. Oftentimes in our marriage I have thought he was a people-pleaser to a fault. There was never anyone on campus that he wouldn't stop to talk to, or try to help; whether it was his head Athletic Director, one of his assistants, a student-athlete, or a field maintenance worker. If anyone, anywhere needed his help, my husband Jorge was there to immediately offer it.

Because my husband himself was a UCLA athlete, he came into his position with a lot of support and guidance from UCLA alumni and administration, past and present. Over the years we faced many ups and downs, as all athletic programs do. Even in the worst of times my husband remained completely committed to his players, his program, and the school. When he realized the severity of what his actions had caused, he was devastated. I am positive that not a day goes by that he doesn't feel deep remorse for his poor choices. Not only did he hurt and damage his beloved soccer program, but he inadvertently exposed his family to an exceptionally traumatic situation.

On the morning of March 12, 2019, eight armed Federal officers stormed into our home at 6:00 am and arrested the father of my four children, as they watched in utter shock, fear, and tears. As Jorge sat in the Federal Courthouse in Los Angeles that afternoon, he immediately signed over the rights of our home to the court, not only to post bail but also to initiate the process of paying restitution for the money that he

accepted.  We ended up selling our home, Jorge lost his job, and we all lost the community we had had for 18 years.  Our home was sold and we moved to Northern California exactly one month after Jorge's arrest. My kids lost their sports teams, their church family, their friends since birth, and the only city they had ever known.  We have suffered immensely.  Our three oldest children were in weekly counseling for 8 months for the posttraumatic stress they endured on March 12.  There were months that I didn't know how we would survive this.  I certainly didn't think my marriage would survive this.

However, by the mercy and grace of Jesus Christ my marriage and my family is now stronger than ever.  If there is one thing we want to teach our children through this situation it is this: no matter what poor choices or counsel you are surrounded by in life, ultimately *you* are responsible for the choices you make.  We are willing to accept the consequences for those choices at this time, even though I wholeheartedly believe that Jorge is already a changed man by how much we have all lost, suffered, and learned.  He has shown repentance and is learning how to discern whom to trust in life with Godly wisdom and not earthly wisdom.  Before Covid hit and while we were still in Northern California, he was finding weekly opportunities to volunteer at low-income student centers and was leading soccer trainings for young kids after school. He also enjoyed loading food from Costco and serving meals to the homeless communities in downtown Sacramento with Bayside church.  My husband has thoroughly accepted responsibility for his wrongdoing.  I am certain that incarceration is in no way necessary for my husband's rehabilitation.  I have been through the thick and thin of this with him, and I can assure you, he is a changed man. Glory to God!

On behalf of myself, Matteo (14), Malea (12), Marco (10), and Macsen (6) I implore you to show mercy to my husband, and their father.  We are as close of a family as there is.  My kids have grown up traveling the country with their dad's team.  He is an active and passionate father.  Quite frankly, you will never meet a man who more enjoys teaching, guiding, and loving his children than Jorge Salcedo.

As a result of our current situation, I have gone back to work.  I am so grateful to the Lord for providing an opportunity for me to return to the classroom, teaching full time now at Capistrano Valley Christian School in San Juan Capistrano, California.  We have moved, yet again, and our four children are attending school there as well.  Jorge is absolutely a crucial component in caring for and supporting our children while I am now at work.  He is able to stay at home with one of them if they're not feeling well.  Our school has been operating in person for 14 weeks without any issues.  However, our son Marco has asthma, so there have been many days that he has stayed home with Jorge when his respiratory issues act up.  In summary, I fear that if their father is taken away from them, that my children will suffer deeply again.

Lastly I'd like to share that it has been such an honor and privilege to view you via Zoom in the last two hearings.  Never in my life did I imagine that the man I married would be involved in something like this.  I never thought I'd ever need to know these

legal terms, these hearing conditions, nor be in a "virtual courtroom" with Your Honor. I sense and have observed that you are a woman of deep wisdom and incredible intellect. I believe that you are residing over my husband's case for a purpose. We have trusted the Lord for your decision, we have prayed over this decision for many months, and I personally want to thank you for your merciful consideration of this letter.

                With sincerest gratitude,
                Rebecca Salcedo