

Pastor Ramin Razavi
701 N. Palisades Dr
Pacific Palisades, CA 90272

January 6, 2020
Judge Talwani
Regarding Jorge Salcedo

Dear Judge Talwani,

It is an honor to write you today and provide you with a character reference for Jorge Salcedo. I serve as the Lead Pastor of Calvary Church of Pacific Palisades and have known Jorge, Rebecca, Matteo, Malea, Marco and Macsen for 4.5 years. I have walked alongside them through seasons of tremendous joy and also in the broken moments of pain and hardship. I have come to understand the implications of Jorge's involvement in the college admissions scheme and have deep respect for the process of the criminal justice system. My intent is to provide you a window into who Jorge is as a man, a father, a husband and a part of our family of faith.

The word that I would use to describe Jorge is devoted. He is committed to the care of his family, his team (while coaching at UCLA), his friendships, and his greater community. His life has been about creating a sphere of love and opportunity for those that he cares for the most. Jorge and Rebecca worked hard to try and create a life that would allow him to coach at UCLA while also being present and uniquely involved in the growth of each of their children. They made the difficult decision to homeschool their children during those years, converting their garage into a school, in order to ensure that the family could stay together through the season as much as possible.

Yes, Jorge held the role as Head Coach for men's soccer but his work guiding the program and as a mentor to young men was truly a family affair. If you ever get the chance to meet his children you will see the beautiful fruit of this decision. They are truly some of the most loving, kind, inspired and passionate kids I have ever known. And what is more, they love their parents, esteem them and want to be with them. In our cultural moment where families are drifting apart more than ever it is a soul warming testimony to see the Salcedo children growing up knowing the love and security of their Dad's devotion to them. He is a present and involved father who, along with Rebecca, has raised 4 children who each fill me with tremendous hope for the next generation.

Jorge's devotion extends beyond his family and into the greater community. I've personally never known a Salcedo gathering that didn't have at least 1 or 2 extra seats needed for people who simply needed a sense of family or a place to belong. Jorge and Rebecca live with an open generosity to those in need, to those who may not have the security of family or simply don't have a place to go for a holiday.

In the life of the Church, or any like-minded community, it can become easy to settle into reciprocal relationships, and live with a bias towards those who are like you or can give something back to you. Jorge has chosen a different path in the way he loves and opens his life to people. It's as though he has a sixth sense to look behind the carefully curated veneers of outward success and into the hearts of those who are truly in need. Jorge cares for people. Not just in the "how are you doing?" kind of way, but in the second mile kind of way. The kind of care that says I want to jump into whatever hardship you are facing and do everything in my power to help you overcome your pain and find a fresh start. Perhaps this compassion comes from the hardships he faced growing up, or the sacrificial love that he has developed as he and Rebecca have served those in need through our Church ministries and beyond. Regardless of the point of origin,

the outworking of Jorge's life is one of inclusive love, personal care and unrelenting effort to see those around him flourish.

As a final note, I want to share with you the deep humility that I have seen in Jorge through this process. He knows what he did and he wants to take ownership for his role. He and I have talked many times, he wishes he could go back and change the past, but he knows that's impossible. So where to from here? Forward, always forward. He is trying to start fresh, trying to restore trust, rebuild stability, do the hard work of healing, preserve the deep love in his home and carve a path for a future that will provide for his family. I respectfully ask that you consider this as you work towards his sentencing.

Your time is valuable and I thank you for reading my words today. I know you are charged with the stewardship of the law and must ensure that justice is reflected in your decisions regarding Jorge. I respect your work and pray for all who are upholding justice in our society during these unprecedented times. I sincerely hope and pray my reference can give you a more complete view of the loving husband, father and man that is Jorge Salcedo. Please reach out to me if I can be of any further assistance.

Grace and Peace to you Honorable Judge Talwani,

Ramin Razavi
Lead Pastor
Calvary Church of Pacific Palisades