Donald Nava
1501 Secret Ravine Parkway
Unit 637
Roseville, CA 95661
January 7, 2021

Honorable Judge Talwani
Re: Jorge Salcedo

Dear Judge Talwani,

My name is Donald Nava and I am an executive life coach in Roseville, California. I work with both individuals and organizations—from coaching NFL players to Silicon Valley executives in finance, healthcare, and high tech, and I teach personal development all over the world. I am writing on behalf of Jorge Salcedo, who I have worked closely with for more than one year.

I've mentored thousands of people in my 33 years of personal coaching, and I've never seen such radical changes as I've seen in Jorge Salcedo. I've not only seen a turnaround in his choices and life management, but I've witnessed a complete turnaround in his character and values. Jorge has done the hard work, spiritually, mentally and relationally, and I've had a front row seat to this sustained transformation, working with him on a daily basis. He has become a man of tremendous compassion and empathy. I've seen financial transformation as well. In a recent business negotiation, he intentionally took a lower fee so that the other party would be assured it was a fair deal and that they were respected and valued. His priorities have shifted.

Evidence of this shift and transformation is the work he is doing now to make a significant contribution to the world by helping with the COVID-19 pandemic in a revolutionary way. He is working on developing antiviral technology. This antiviral spray can drop hospital-acquired infections dramatically. This technology is currently being tested in China and Mexico and has immense potential in the fight against the coronavirus and other viruses. As head of development, Jorge is a key player in ensuring that this life-saving product is effective and makes it into hospitals and hands rapidly.

Your Honor, I would ask you to consider Jorge's plea and also take into account the urgent contributions he is developing for the betterment not of himself, but for the betterment of others. He has an opportunity to be a game changer—not for his game, but for the survival of society at large.

I know firsthand that Jorge is not the same man he was when I started working with him in November 2019. I can say with full confidence that he will not return to his former life. I can vouch for his passion for making this technology available and accessible to all. He cannot change his past. But he has changed his present. And he is on track to change not only his future, but also the future of the world at large. My hope is that he would not be incarcerated but be sentenced to home confinement so that he can continue this important work of combatting the pandemic. Thank you for your kind consideration.

Respectfully,

Donald Nava