Judge Indira Talwani,

US District Court for the District of Massachusetts

January 4, 2021


Dear Judge Talwani

I write in support of Jorge Salcedo, known to you as one of the accused in the scandal surrounding college admissions under false pretenses, often based upon supposed credentials in some form of athleticism that would ease or permit admission to elite institutions. I made the acquaintance of Jorge early in 2020, now have a business relationship with him as a partner in an enterprise, and wanted to let you know about my impressions of him. I have found him deserving of special consideration based on those impressions.

First about myself, by way of background:  I'm a retired professor of microbiology, having spent almost 30 years in academia, teaching medical students and doing federally and internationally funded research on infectious diseases. Most of my work involved diseases of populations in the developing world, where I lived and travelled, throughout Africa and Latin America, studying the natural history of the most devastating of tropical diseases, and helping develop solutions. I was honored in a number of ways for my accomplishments, being elected a Fellow of the American Association for the Advancement of Science, and serving for four years on an advisory council to Dr. Tony Fauci at NIH,  as examples. Upon retirement I've been involved in private enterprise ventures, one of which focused on safe drinking water technology, from which I retired (again) after 15 years. My most recent involvement is as advisor to an infection control company with innovative technology very fitting for today's rapidly changing needs. In that capacity I came to know and appreciate Jorge.

The company's mission is to take several novel chemical approaches that can beneficially impact infectious disease control. and make sure they get out into the world as commercially viable and valuable products. Jorge is now a partner in the enterprise, and from the outset had become intensely committed to an effort and opportunity to bring about a great deal of good for a lot of people, and to impact pain and suffering caused by infectious diseases everywhere. He made no effort to disguise or gloss over his fall from grace when we met, openly acknowledging  that he had become mired in circumstances that caused a long and distinguished career as a leader and motivator of young athletes to come crashing down around him, with all the consequences for his marriage, family, friends and their wellbeing. He wished his behavior in our newfound friendship and ultimately partnership to be the determinant my evaluation of his worth.  He has clearly dedicated himself to using his most valuable traits----- his ability to inspire, to appreciate and instill enthusiasm for a noble cause, to cultivate exceptionally valuable new relationships, to identify and bring out the best in others, and quickly forge deep friendships and respect from them----to make this venture come about, affect many people's lives in the process, and to work tirelessly to that end throughout 2020.

Particularly impressive to me has been the support I have witnessed of so many individuals from his previous life, people who have enjoyed longstanding collegialities and friendships that, despite knowing full well of the clouds that have now developed over his career, have stepped up without hesitation, showing him that he can count on them to advance this cause and his future. Not having known him for long, but appreciating the stature and distinction of people who have many years of familiarity with his character and integrity, I'm deeply impressed that they have rallied around him and his family. They have been eager to seek ways to help, and ways to resurrect and put to work an astonishingly accomplished and good man.

I'm looking forward to working myself with Jorge in the coming few years left of my professional life (I'm 78 years old), and am confident that he will perform in exemplary ways. Free to use his talents in this manner, he will be an effective force for good in the world. I would be disappointed to see whatever mistakes he stumbled into his past career impede what looks to be a very meaningful and worthy outlet now for some exceptional talents.

I hope that you can see your way to giving my comments and position due consideration as you deliberate on the options that your responsibility obliges you to land upon in Jorge's case.

Respectfully and sincerely

Jeff Williams, Ph.D, B.V.Sc., M.R.C.V.S.,

Emeritus Professor of Microbiology and Molecular Genetics,

Michigan State University, E. Lansing, MI

Technical Advisor to MedeSol Inc. Bellevue, WA