Eric & Nancy Rochelle
8030 Chestnut Court
Granite Bay, CA 95746

September 30, 2020

Ms. Susan Winkler
120 Holmes Street, STE 313
Quincy, MA 02171

To whom it may concern,

I am writing on behalf of Jorge Salcedo. We had the opportunity to get to know Jorge and his family over the last year and a half as his oldest son Matteo played soccer with our son. During that time we witnessed firsthand the type of person that Jorge is. He is a man of faith, a family man and a soccer coach. It is apparent that faith is a cornerstone for the Salcedo family and that it is what guides them in their day to day lives. It is also evident that family means everything to them and it is noticeable in the way they raise their four children. As a soccer coach, Jorge's innate love for the game shows through in all that he does.

During the last two years our son played for a coach that didn't do a great job of building confidence within the team or an individual. Jorge, who like the rest of us was just another parent on the sidelines, was always so positive with the boys and because of his career as a player and a coach, the boys had a lot of respect for what he had to say. Our son specifically was lucky enough to train with Jorge and not only received great physical training, but also great mental training. Jorge taught our son that it's ok to make mistakes, it's what you do after the mistake that makes the difference. A lot of times, players get in their head after a mistake is made and what he taught our son is that taking that time during a game to get down on yourself is the difference between another mistake or a success. This is something that our son has referenced repeatedly and has made the conscious effort to implement in his game. Jorge also took the time to send clips of games to show our son how a drill he taught him could be used in a game situation. Now our son will watch games and is able to come up with drills to help him work on a specific skill that he sees in a game. During a training, if Jorge saw an opportunity for our son to work on something he would stop the training and explain what he wanted to see and then would have him work on it until he got it. This was invaluable as our son took those opportunities and turned them into what he would work on at home, so the next time he was on the field it was done right. Above all of the things that Jorge taught our son, staying positive in moments of adversity and keeping the right attitude when playing has been monumental. Jorge did not train our son for compensation, he did it out of the kindness of his heart. Jorge saw a child who needed help in rebuilding his confidence and stepped in to help him. For that alone, we are forever grateful.

Many kids have aspirations, whether it is to be a professional athlete, run a company or be the President of the United States. These kids hopefully have parents that will push them and guide them towards achieving their goals, but also having a community of people around to lift them up as well is invaluable. Jorge and his family are part of that community for us. He reignited our son's passion for soccer, built up his confidence and helped our son realize that if he works hard he can accomplish anything.

We all make mistakes, but it's what we do after that counts. Jorge is a good man and he has made a huge impact on our son. Even during a time when his life had been turned upside down, he was still looking out for others. We are so appreciative for everything that Jorge did for our son because he truly made a difference in his life.

Sincerely,

Eric & Nancy Rochelle