UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            19-CR-10081-IT-11

v.

JORGE SALCEDO,

        Defendant.

**ASSENTED TO MOTION TO SEAL JORGE SALCEDO'S RESPONSE
TO GOVERNMENT'S SENTENCING MEMORANDUM**

Defendant Jorge Salcedo respectfully moves to seal his response to the Government's sentencing memorandum regarding the issue of the "additional fraud" involving USC. As grounds for the motion, his response involves a student applicant who has not been named or otherwise made public during the government's investigation, and consistent with the treatment of other students in this case, his name and information regarding him should remain private. I have conferred with AUSA Kearney who assents to this motion.

Dated:  March 17, 2021        Respectfully submitted,

        **JORGE SALCEDO**
        By his attorney,

        */s/ Susan G. Winkler*
        Susan G. Winkler  (BBO No. 530682)
        WINKLER LAW LLC
        120 Holmes St., Suite 313
        Quincy, MA 02171
        617-642-6671
        Winkler.susan@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        */s/ Susan G. Winkler*
        Susan G. Winkler