**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR 19-10081-IT |
| DEFENDANT | TYPE OF PROCESS |
| JORGE SALCEDO | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wire Transfer in the amount of $194,820.48 from Jorge Salcedo, CATS ID No. 19-FBI-003991

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
USMS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carol E. Head, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please put wire transfer payment referenced above toward Order of Forfeiture (Money Judgment) 19-FBI-003026 attached.

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| CAROL HEAD (Digitally signed by CAROL HEAD, Date: 2021.03.26 15:54:28 -04'00') | 617-748-3100 | 3/26/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk ALECK KONG (Affiliate) Digitally signed by ALECK KONG (Affiliate) Date: 2021.04.01 11:13:30 -04'00' | Date 4/1/2021 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 4/1/2021 | Time | ☐ am ☐ pm |
|---|---|---|---|

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
MARY MAGNO SMERLAS (Digitally signed by MARY MAGNO SMERLAS Date: 2021.04.01 12:01:18 -04'00')

Costs shown on attached USMS Cost Sheet >>

REMARKS
1

FILED IN CLERK'S OFFICE
2021 APR -5 AM 10:16
U.S. DISTRICT COURT DISTRICT OF MASS.

Form USM-285
Rev. 01/21